**Harry Dunnill, appellee, v. Cooperative Society of America et al., appellants. Gen. No. 27,622.**

Action for money advanced in payment for corporate stock which was not delivered. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Charles A. Williams, Judge, presiding. Heard in this court at the March term, 1922. Affirmed. Opinion filed October 30, 1922.

McCormick, Kirkland, Patterson & Fleming, for appellants; Jay Stough, of counsel. Louis Rohr, for appellee; Raymond Kelner, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

---

**Reliable Store Fixture Company, appellee, v. Ella Willard, trading as Masonic Temple Lunch, appellant. Gen. No. 27,654.**

Action for a balance due upon a contract by plaintiff to supply defendant with a buffet. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Daniel P. Trude, Judge, presiding. Heard in this court at the March term, 1922. Affirmed. Opinion filed October 30, 1922.

Shelley B. Neltnor, for appellant; Einar C. Howard, of counsel. M. M. Jacobs, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

**William T. Brueckner et al., appellees, v. Sampson Case, appellant. Gen. No. 27,324.**

Action of forcible entry and detainer. Judgment for plaintiff for possession. Appeal from the Municipal Court of Chicago; the Hon. Harry C. Moran, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1921. Affirmed. Opinion filed November 8, 1922. Rehearing denied November 21, 1922. *Certiorari* denied by Supreme Court (making opinion final).

Ellis & Westbrooks, for appellant; Richard E. Westbrooks, of counsel. Gideon S. Thompson, for appellees.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

**Joseph Rollins et al., appellants, v. Robert Dortch. Randall H. McGarock, intervening petitioner, appellee. Gen. No. 27,606.**

Attachment. Interpleader by alleged transferee of the property. Judgment against plaintiff. Appeal from the Municipal Court of Chicago; the Hon. George B. Holmes, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1922. Affirmed. Opinion filed November 8, 1922.

James I. Morehead and F. L. Barnett, for appellants. William B. Denmark, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.